IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN RE: APPLICATION OF PAYSYSTEMS CORPORATION | ) ) ) ) ) ) ) | Case No. 8:08-cv-155 <br><br> **NOTICE OF SUBPOENA** |

TO: DEFENDANTS BBG COMMUNICATIONS, INC. and RETAIL DECISIONS, INC.

COMES NOW PaySystems Corporation ("PaySystems"), pursuant to the (1) Letter of Request for International Judicial Assistance ("Letter Rogatory") issued by the Honourable Justice A. Derek Guthrie of the Superior Court of Quebec, District of Montreal, Canada, on March 13, 2008, and (2) Order entered by the U.S. District Court for the District of Nebraska on April 30, 2008, hereby gives notice of the subpoena to be issued to First National Bank of Omaha ("First National").

The subpoena will require First National to produce for examination the person most knowledgeable regarding Defendant BBG Communications, Inc. on May 21, 2008 at 10:00 a.m. at the offices of the undersigned counsel in Omaha, Nebraska. The subpoena will further require First National to produce for copying and inspection the following scope of documents as authorized by the Letter Rogatory, authorized by the order of the U.S. District Court for the District of Nebraska, and agreed upon by the parties:

Any and all written DOCUMENTS, e-mails or information stored on any type of support, for the years 2003 and 2004, related to VISA:

- 2 -

1. BBG's volumes and number of transactions, credits, chargebacks and rejects;

2. BBG's chargeback reasons or reason codes;

3. BBG's chargeback ratios or levels;

4. Notices issued by VISA and MasterCard relating to volume manipulation, shuffling or variation related to BBG;

5. Violations of credit card organizations' rules and regulations related to BBG;

6. Fines or penalties issued, announced, imposed, levied or waived.

DATED this 1st day of May, 2008.

                PAYSYSTEMS CORPORATION,
                Applicant,

                By:   /s/ Andrew G. Davis
                    James B. Cavanagh, #10643
                    Andrew G. Davis, #20370
                    LIEBEN, WHITTED, HOUGHTON,
                    SLOWIACZEK & CAVANAGH, P.C., L.L.C.
                    100 Scoular Building
                    2027 Dodge Street
                    Omaha, NE 68102
                    (402) 344-4000
                    Fax (402) 344-4006
                    adavis@liebenlaw.com
                    *Attorneys for Applicant PaySystems Corporation*

- 3 -

## CERTIFICATE OF SERVICE

The undersigned certifies that on May 1, 2008, the foregoing was sent via regular mail postage prepaid to the following:

| **Counsel for BBG** | **Counsel for Retail Decisions** |
|---|---|
| Mtre. Jacques Rossignol | Mtre. George J. Pollack |
| Lapointe Rosenstein | Davies Ward Phillips & Vineberg, LLP |
| 1250, René-Lévesque West Boulevard | 1501, McGill College Avenue |
| Suite 1400 | 26th Floor |
| Montréal (Québec)  H3B 5E9 | Montréal (Québec)  H3A 3N9 |
| Tel: (514) 925-6336 | Tel: (514) 841-6420 |
| Fax: (514) 925-5036 | Fax: (514) 841-6499 |

        /s/ Andrew G. Davis
    Andrew G. Davis

269830