IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN RE: APPLICATION OF PAYSYSTEMS CORPORATION | Case No. 8:08-cv-155 |
| | **CERTIFICATE OF SERVICE** |

COMES NOW PaySystems Corporation ("PaySystems"), and states that on May 2, 2008, it served BBG Communications, Inc. and Retail Decisions, Inc. with this Court's Memorandum and Order Granting Application for Order to Take Discovery Pursuant to 28 U.S.C. § 1782.

DATED this 2nd day of May, 2008.

> PAYSYSTEMS CORPORATION,
> Applicant,
>
> By: /s/ Andrew G. Davis
> James B. Cavanagh, #10643
> Andrew G. Davis, #20370
> LIEBEN, WHITTED, HOUGHTON,
> SLOWIACZEK & CAVANAGH, P.C., L.L.C.
> 100 Scoular Building
> 2027 Dodge Street
> Omaha, NE 68102
> (402) 344-4000
> Fax (402) 344-4006
> adavis@liebenlaw.com
> *Attorneys for Applicant PaySystems Corporation*

- 2 -

## CERTIFICATE OF SERVICE

The undersigned certifies that on May 2nd, 2008, the foregoing was sent via regular mail postage prepaid to the following:

| **Counsel for BBG** | **Counsel for Retail Decisions** |
|---|---|
| Mtre. Jacques Rossignol | Mtre. George J. Pollack |
| Lapointe Rosenstein | Davies Ward Phillips & Vineberg, LLP |
| 1250, René-Lévesque West Boulevard | 1501, McGill College Avenue |
| Suite 1400 | 26th Floor |
| Montréal (Québec)  H3B 5E9 | Montréal (Québec)  H3A 3N9 |
| Tel: (514) 925-6336 | Tel: (514) 841-6420 |
| Fax: (514) 925-5036 | Fax: (514) 841-6499 |

/s/ Andrew G. Davis
Andrew G. Davis

269911